No. 87-922. IN RE BROWN. Petition for writ of mandamus denied.

No. 87-5932. IN RE MARKEE. Petition for writ of prohibition denied.

No. 87-1005. IN RE ARLT ET UX. Motion of petitioners for a free white male Christian bench denied. Petition for writ of prohibition denied.

No. 86-1065. O'SULLIVAN ET AL. v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 87-31. FORD MOTOR CREDIT CO. v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON (JOHN STRIBLING FORD, INC., REAL PARTY IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 87-560. FMC WYOMING CORP. v. HODEL, SECRETARY OF THE INTERIOR, ET AL. C. A. 10th Cir. Certiorari denied.

No. 87-606. HUTCHINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87-642. LEE ET AL. v. EKLUTNA, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 87-670. GILARDY, SPECIAL ADMINISTRATOR OF THE ESTATE OF THOMPSON, ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87-676. MILLER & CO. v. UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.